# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00747-CV

**Betty Ann Newby, Appellant**

**v.**

**The Honorable W. Jeanne Meurer and The Honorable Margaret A. Cooper, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
## NO. GN403269, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The trial court signed its order dismissing appellant's claims against appellees on August 26, 2004, and those claims were severed into a separate cause on October 1, 2004. Appellant filed her notice of appeal on November 24. The clerk's record was filed in another appeal brought by appellant on December 28, and transferred and filed in this cause on May 27, 2005. Appellant's brief was due on June 27, and on July 19, this Court sent her notice that her brief was overdue. The Court informed appellant that if she did not file a motion for an extension of time by July 29, the appeal would be dismissed. To date, appellant has not filed a brief or motion or otherwise responded to this Court's notice.

We therefore dismiss the appeal for want of prosecution on our own motion. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   August 16, 2005